## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID GARNER,** | ) |
| **Plaintiff,** | ) |
| v. | ) CAUSE NO. 06-898-WDS |
| **MERCK & CO., INC., et al.,** | ) |
| **Defendants.** | ) |

### O R D E R

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: November 13, 2006.**

                        **s/ WILLIAM D. STIEHL**
                          **DISTRICT JUDGE**

Case reassigned to United States District Judge J. Phil Gilbert. All future pleadings shall bear Case No. 06-898-JPG.